FILED
CLERK, U.S. DISTRICT COURT
SEP 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIYAO YUAN,<br><br>      Petitioner,<br><br>v.<br><br>ERIC HOLDER, et al,<br><br>      Respondents. | Case No. CV 09-0974-TJH (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections to the Report and Recommendation, and the Court has made a <u>de novo</u> determination of those portions of the Report and Recommendation to which Petitioner has objected. The Court concurs with and adopts the findings, conclusions, and recommendations set forth in the Report and Recommendation of the Magistrate Judge

    IT IS HEREBY ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action without prejudice.

DATED: 9/29/09

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE