Priority
Send
Enter
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
SEP 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIYAO YUAN, <br><br> Petitioner, <br><br> v. <br><br> ERIC HOLDER, et al., <br><br> Respondents. | Case No. CV 09-974-TJH (JEM) <br><br> **J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed without prejudice.

DATED: 9/29/09

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE